

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-11-00677-CV

**SMOOTH SOLUTIONS LIMITED PARTNERSHIP**,
Appellant

v.

**LIGHT AGE, INC.**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-13168
Honorable David A. Berchelmann, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment and REMAND the case to the trial court for further proceedings consistent with this court's opinion.

It is ORDERED that appellant Smooth Solutions Limited Partnership recover its costs of this appeal from appellee Light Age, Inc.

SIGNED June 26, 2013.

Marialyn Barnard, Justice